# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

**Jessica Pomeroy (19),**

Defendant.

Case No.  **3:21-cr-01559-H-19**

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐   the Court has dismissed the case for unnecessary delay; or

☒   the Court has granted the motion of the Government for dismissal, without prejudice; or

☐   the Court has granted the motion of the defendant for a judgment of acquittal; or

☐   a jury has been waived, and the Court has found the defendant not guilty; or

☐   the jury has returned its verdict, finding the defendant not guilty;

☒   of the offense(s) as charged in the Indictment:

21:841(a)(1),846; 21:853; 18:924(d)(1);28:2461(c);18:982(a)(1) - Conspiracy to Distribute Methamphetamine; Criminal Forfeiture

Dated:   4/30/2024

D. Thomas Ferraro
United States Magistrate Judge